## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Reshare Commerce, LLC, | Case No. 12-CV-899 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Amway Corp., | |
| Defendant. | |

Based upon the Stipulation of Dismissal filed by parties on April 22, 2013 [Docket No. 44],

**IT IS HEREBY ORDERED** that Reshare's claims against Amway are hereby dismissed with prejudice and Amway's counterclaims against Reshare are dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 22, 2013

 s/Susan Richard Nelson
 SUSAN RICHARD NELSON
 United States District Judge